# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| SHARON RITCHIE, | ) | CASE NO. 1:07CV991 |
| Plaintiff(s), | ) | |
| v. | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| Defendant(s). | ) | **J U D G M E N T** |

The Court has filed its Opinion and Order in the above case.. Accordingly, pursuant to 42 U.S.C. § 405(g), the decision of the Administrative Law Judge is REVERSED and this matter is REMANDED for further proceedings consistent with this Opinion.

IT IS SO ORDERED.

 S/Christopher A. Boyko
HONORABLE CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE

February 19, 2009