**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **SHARON RITCHIE,** | ) | **CASE NO.1:07CV991** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| Vs. | ) | |
| **COMMISSIONER OF SOCIAL SECURITY,** | ) | **ORDER** |
| **Defendant.** | ) | |

## CHRISTOPHER A. BOYKO, J:

This matter is before the Court on Magistrate Judge Armstrong's Report and Recommendation (ECF #34) granting Plaintiff's Motion for Attorney Fees Pursuant to 42 U.S.C. Section 406(b)(1). (ECF #29). Defendant has filed a Response stating they will not be filing an objection.

Therefore, the Court adopts the Report and Recommendation of the Magistrate Judge and grants Plaintiff's Motion in the amount of $2,721.35, payable directly to Plaintiff's counsel, Marcia W. Margolius.

1

IT IS SO ORDERED.

Date:2 /28/2014

s/Christopher A. Boyko
CHRISTOPHER A. BOYKO
United States District Judge